CHIEF JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-198 RSL |
| Plaintiff, ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND TIME FOR PRETRIAL MOTIONS |
| vs. ) | |
| CHRISTOPHER MICHAEL URGA, ) | |
| Defendant. ) | |

This case involves complicated and unusual factual and legal issues, including a unique crime scene and the collection and evaluation of forensic evidence. In addition, the discovery in this case is extensive. The nature of the prosecution, as well as the facts of the case are unusual and complex, as contemplated by 18 U.S.C. § 3161(h)(8)(B)(iii).

The Court, having reviewed the stipulation of the parties, and the defendant's agreement to extend the time for trial, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Christopher Urga;* #05-198RSL)         1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from July 25, 2005, to October 24, 2005.

IT IS FURTHER ORDERED that the due date for pretrial motions be extended from June 16, 2005, to September 19, 2005.

IT IS FURTHER ORDERED that the period of time from the current trial date of July 25, 2005, up to and including the new proposed trial date of October 24, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DONE this 22nd day of June, 2005.

_____
Robert S. Lasnik
United States District Judge

Presented by:

s/ Jennifer E. Wellman
WSBA # 29193
Attorney for Christopher Michael Urga
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:       (206) 553-0120
jennifer_wellman@fd.org

s/ Andrew Colasurdo
Assistant United States Attorney
*Telephonic Approval*

s/ Andrew C. Friedman
Assistant United States Attorney
*Telephonic Approval*

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Christopher Urga;* #05-198RSL)         2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100